United States District Court
Southern District of Texas
FILED

OCT 1 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NC VENTURE I, L.P., Plaintiff | § § § | |
| v. | § § | CIVIL ACTION NO. B-02-190 |
| WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., *in rem*, Defendants | § § § § § | IN ADMIRALTY |

## PLAINTIFF NC VENTURE I, L.P.'S LIST OF ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW Plaintiff, NC VENTURE I, L.P.**, and files this its list of entities it believes are financially interested in this litigation:

NC VENTURE I, L.P.
    4100 Greenbriar, Suite 180
    Stafford, Texas 77477
    (281) 265-5328
    -Plaintiff

WOLFE TRAWLERS, INC.
    Anglers Road, Shrimp Basin
    Port of Brownsville
    Brownsville, Texas 78521
    -Defendant

HENRY WOLFE, JR.
    Anglers Road, Shrimp Basin
    Port of Brownsville
    Brownsville, Texas 78521
    -Defendant

F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., *in rem*,
Anglers Road, Shrimp Basin
Port of Brownsville
Brownsville, Texas 78521
-Defendant

The Plaintiff's list of entities that it believes are financially interested in this litigation will be amended pursuant to the Court's scheduling order if parties are added or additional interested parties are identified.

Respectfully submitted,
RENTFRO, FAULK & BLAKEMORE, L.L.P

By: _____
T. Mark Blakemore
Federal ID No. 1915
State Bar No. 02431800

Attorneys for NC VENTURE I, L.P.

OF COUNSEL:
Rentfro, Faulk & Blakemore, L.L.P.
185 E. Ruben Torres, Sr. Blvd.
Brownsville, TX 78520

## CERTIFICATE OF SERVICE

No service is required at this time as no responsive pleadings or appearances have been filed.

_____
T. Mark Blakemore