AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE **10-4-02**

United States District Court
Southern District of Texas
FILED

NOV 1 5 2002

Michael N. Milby
Clerk of Court

Service of the Summons and complaint was made by me(1)

NAME OF SERVER (PRINT) **Robert Aguilar**    TITLE **Deputy U.S. Marshal**

*Check one box below to indicate appropriate method of service*

- [x] Served personally upon the defendant. Place where served: **1700 Palmera, Brownsville, Texas 78520**

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- [ ] Returned unexecuted: _____

- [ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **10-4-02**
Date

*Signature of Server* Robert Aguilar

**600 E. Harrison, Suite 1032**
**Brownsville, Texas 78520**

*Address of Server*

This summons was served on Henry Wolfe Jr on October 4, 2002 at 2:00 p.m. Mr. Wolfe was summoned at his place of residence which is 1700 Palmera, Brownsville, Texas 78520. This process was served by one Deputy U.S. Marshal and the roundtrip mileage for this process is 9 miles.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.