*WOLFE TRAWLERS* @ 4 B-02-190

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE **10-9-02**

Service of the Summons and complaint was made by me[1]

NAME OF SERVER *(PRINT)* **Robert Aguilar**　　　TITLE　**Deputy U.S. Marshal**

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **Address listed on this summons**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
| 31.90 | 45.00 | 66.90 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on　**October 9, 2002**　　　　_signature_
　　　　　　　Date　　　　　　　　　*Signature of Server*

　　　　　　**600 E. Harrison, Suite 1032**
　　　　　　**Brownsville, Texas 78520**
　　　　　　*Address of Server*

**This summons was executed on David Krummel on October 9, 2002 at 11:00 a.m. at the address listed on the summons. This process was served by one Deputy U.S. Marshal and the roundtrip mileage was 60 miles.**

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.