United States District Court
Southern District of Texas
FILED

NOV 2 5 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NC VENTURE I, L.P. §
    Plaintiff §
 §
 §
WOLFE TRAWLERS, INC., HENRY §   CIVIL ACTION NO. B-02-190
WOLFE, JR., and the F/V FAITH, her §
engines, nets, tackle, apparel, and furniture, §
etc., *in rem*, Defendants §

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

    COME NOW, Defendants WOLFE TRAWLERS, INC. and HENRY WOLFE, JR., and file this their Original Answer to the Original Petition filed by Plaintiff, and by way of answer and defense would respectfully show unto the Court as follows:

### I.

    Defendants admit the allegations contained in Paragraph 1 through 9 of Plaintiff's Original Complaint.

### II.

    Defendants deny that Henry Wolfe, Jr., individually, executed, in his individual capacity, the guaranty marked as Exhibit "C" to Plaintiff's Original Complaint. Defendants do admit that such guaranty was executed by Henry Wolfe, Jr. as president of Wolfe Trawlers, Inc.

### III.

    Defendants admit the allegations contained in Paragraphs 11 and 12 of Plaintiff's Original Complaint.

### IV.

    Defendants deny each and every, all and singular, the allegations contained in Paragraphs 13 through 17 of Plaintiff's Original Complaint, and demand strict proof thereof.

## AFFIRMATIVE DEFENSES

Defendants would show that Plaintiff is not a holder is due course of the promissory note made the basis of this lawsuit. In this regard, the note was in default at the time that it was assigned to Plaintiff by the United States Small Business Administration. Therefore, Plaintiff took the promissory note, subject to all personal defenses available to the Defendants.

Defendants would show that the collection of the promissory note is barred by the four-year statute of limitations established under state law. The six-year statute of limitations which may have been available to Plaintiff, is not a right which is assignable to Plaintiff. Plaintiff is therefore barred by the four-year statute of limitations because the note was in default for a period of greater than four years.

WHEREFORE, premises considered, Defendants pray that upon a final hearing hereof, Plaintiff be denied any recovery sought, and that Defendants be granted their court costs and all other relief, both at law and in equity, to which they may show itself justly entitled.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
 & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 -- Telephone
(956) 546-3766 -- Telecopier

By: _____
Dennis Sanchez
State Bar No. 17569600
Federal Admission No. 1594
Attorney for Defendants
WOLFE TRAWLERS, INC.
and HENRY WOLFE, JR.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument has been served upon counsel for the Plaintiff, T. Mark Blakemore, Rentfro, Faulk & Blakemore, LLP, 185 E. Ruben M. Torres, Sr. Blvd., Brownsville, TX 78520-9136, by placing a true and correct copy of same in the United States Mail, certified, return receipt requested, with postage fully prepaid, on this 25th day of November, 2002

_____
Dennis Sanchez