# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

*United States District Court*
*Southern District of Texas*
*ENTERED*

*JAN 0 9 2003*

*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

| | |
|---|---|
| NC VENTURE LLP | § § |
| VS. | §  CIVIL ACTION NO. B-02-190 |
| WOLFE TRAWLERS, INC., ET AL | § § |

TYPE OF CASE:   __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been re-set as indicated below:**

TYPE OF PROCEEDING:   **SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | THIRD FLOOR COURTROOM, #6 |

| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME: |
|---|---|
| January 24, 2003 @ 9:30 a.m. | January 23, 2003 @ 9:30 a.m. |

MICHAEL N. MILBY, CLERK

BY: _____
Irma A. Soto, Deputy Clerk

DATE: January 8, 2003

TO:   ALL COUNSEL OF RECORD