```
                                          United States District Court
                                           Southern District of Texas
                                                    FILED
   THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE
                                                JAN 2 3 2003
              SCHEDULING CONFERENCE
                   (NOT HELD)                  Michael N. Milby
                                                Clerk of Court
```

CIVIL ACTION NO. B-02-190           DATE & TIME   1/23/03 @ 3:33 - 3:34 pm


N C VENTURE I LP                    PLAINTIFF'S  T. Mark Blakemore
                                    COUNSEL

VS

WOLFE TRAWLERS, INC., ET AL         DEFENDANTS'  Dennis Sanchez
                                    COUNSEL

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Delgado


Case is called on the docket. T. Mark Blakemore appeared for Plaintiff. Dennis Sanchez appeared for Defendants.

Agreed Judgment is submitted by the parties and is executed and filed by the Court.

Court is adjourned.