UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NC VENTURE I, L.P. | § | |
|    Plaintiff | § | |
| | § | |
| WOLFE TRAWLERS, INC., HENRY | § | CIVIL ACTION NO. B-02-190 |
| WOLFE, JR., and the F/V FAITH, her | § | |
| engines, nets, tackle, apparel, and furniture, | § | |
| etc., *in rem*, Defendants | § | IN ADMIRALTY |

## AGREED JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, NC VENTURE I, L.P., and Defendant, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, and file their Agreed Judgment and request the Court accept their compromised settlement as follows:

Plaintiff, NC VENTURE I, L.P., filed this suit seeking recovery of the sum of $41,587.32 plus accrued interest in the amount of $11,220.57 through the date of filing of this complaint from Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, it is upon the subjoined consents,

ORDERED AND ADJUDGED that Plaintiff, NC VENTURE I, L.P., recover of and from Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, the sum of $41,587.32 plus accrued interest in the amount of $11,220.57.

*H.W. JR.*

ORDERED AND ADJUDGED that Plaintiff, NC VENTURE I, L.P., recover of and from Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, attorney's fees in the amount of $5,685.41.

ORDERED AND ADJUDGED that Plaintiff, NC VENTURE I, L.P., recover of and from Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, costs of court.

ORDERED AND ADJUDGED that Plaintiff, NC VENTURE I, L.P., recover of and from Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, post judgment interest at the rate provided for federal judgment based on the average prices for 52-week Treasury bills. The post-judgment interest rate for judgments entered from January _20_, 2003 through January _26_, 2003 is _1.38_ %.

ORDERED AND ADJUDGED that Plaintiff, NC VENTURE I, L.P., shall not execute on this Judgment against Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, provided Defendants pay and continue to pay the scheduled payments enumerated in Exhibit "A" made a part hereof as if fully copied herein.

ORDERED AND ADJUDGED that Plaintiff, NC VENTURE I., L.P., shall execute a Satisfaction of Judgment in favor of Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, upon the payment of $20,000.00 plus interest at the rate of 12% as indicated in the amortization scheduled attached hereto as Exhibit "A." If Defendants default on any scheduled payment and such payment

*H.W. JR.*

remains unpaid for fourteen days after receipt of written notice of such default, then Plaintiff may execute to recover the full amount of this Agreed Judgment, less any payments made by Defendants. All payments and written notices shall be sent to the parties as follows:

|  |  |
|---|---|
| To Plaintiff: | NC VENTURE I, L.P.<br>P. O. Box 1068<br>Stafford, TX 77497-1068 |
| With a copy to: | T. Mark Blakemore<br>RENTFRO, FAULK & BLAKEMORE, LLP<br>185 E. Ruben Torres, Sr. Boulevard<br>Brownsville, TX 78520-9136 |
| To Defendants: | Henry Wolfe, Jr.<br>1700 Palmera Dr.<br>Brownsville, TX 78521 |
| With a copy to: | Dennis Sanchez<br>SANCHEZ, WHITTINGTON, JANIS<br>    & ZABARTE, LLP<br>100 North Expressway 83<br>Brownsville, TX 78521-2257 |

ENTERED at Brownsville, Texas, on this 23rd day of January, 2003.

_____
United States District Judge

H.W.JR.

AGREED TO:

RENTFRO, FAULK & BLAKEMORE, LLP
185 E. Ruben Torres, Sr. Boulevard
Brownsville, TX 78520-9136
(956) 541-9600 - Telephone
(956) 541-9695 - Telecopier

By: _____
T. Mark Blakemore
Federal ID No. 1915
State Bar No. 02431800

Attorneys for Plaintiff, NC VENTURE I, L.P.

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, LLP
100 North Expressway 83
Brownsville, TX 78521-2257

By: _____
Dennis Sanchez
Federal ID No. 1594
State Bar No. 17569600

Attorneys for Defendants, WOLFE
TRAWLERS, INC., HENRY WOLFE, JR.
and the F/V FAITH

01/15/2003   Page 1

Wolfe Trawlers, Inc. [F/V Faith] to NC Venture I, LP
01808 *1

Compound Period ........: Monthly

Nominal Annual Rate ... :   12.000   %
Effective Annual Rate .. :   12.683   %
Periodic Rate ............... :    1.0000   %
Daily Rate ................... :    0.03288 %

CASH FLOW DATA

| Event | Start Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1 Loan | 03/01/2003 | 20,000.00 | 1 | | |
| 2 Payment | 04/01/2003 | 200.00 | 3 | Monthly | 06/01/2003 |
| 3 Payment | 07/01/2003 | 800.00 | 6 | Monthly | 12/01/2003 |
| 4 Payment | 01/01/2004 | 200.00 | 6 | Monthly | 06/01/2004 |
| 5 Payment | 07/01/2004 | 800.00 | 6 | Monthly | 12/01/2004 |
| 6 Payment | 01/01/2005 | 200.00 | 6 | Monthly | 06/01/2005 |
| 7 Payment | 07/01/2005 | 800.00 | 6 | Monthly | 12/01/2005 |
| 8 Payment | 01/01/2006 | 200.00 | 6 | Monthly | 06/01/2006 |
| 9 Payment | 07/01/2006 | 800.00 | 6 | Monthly | 12/01/2006 |
| 10 Payment | 01/01/2007 | 200.00 | 6 | Monthly | 06/01/2007 |
| 11 Payment | 07/01/2007 | 800.00 | 1 | | |
| 12 Payment | 08/01/2007 | 298.96 | 1 | | |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 03/01/2003 | | | | 20,000.00 |
| 1 | 04/01/2003 | 200.00 | 200.00 | 0.00 | 20,000.00 |
| 2 | 05/01/2003 | 200.00 | 200.00 | 0.00 | 20,000.00 |
| 3 | 06/01/2003 | 200.00 | 200.00 | 0.00 | 20,000.00 |
| 4 | 07/01/2003 | 800.00 | 200.00 | 600.00 | 19,400.00 |
| 5 | 08/01/2003 | 800.00 | 194.00 | 606.00 | 18,794.00 |
| 6 | 09/01/2003 | 800.00 | 187.94 | 612.06 | 18,181.94 |
| 7 | 10/01/2003 | 800.00 | 181.82 | 618.18 | 17,563.76 |
| 8 | 11/01/2003 | 800.00 | 175.64 | 624.36 | 16,939.40 |
| 9 | 12/01/2003 | 800.00 | 169.39 | 630.61 | 16,308.79 |
| 2003 Totals | | 5,400.00 | 1,708.79 | 3,691.21 | |
| 10 | 01/01/2004 | 200.00 | 163.09 | 36.91 | 16,271.88 |
| 11 | 02/01/2004 | 200.00 | 162.72 | 37.28 | 16,234.60 |
| 12 | 03/01/2004 | 200.00 | 162.35 | 37.65 | 16,196.95 |
| 13 | 04/01/2004 | 200.00 | 161.97 | 38.03 | 16,158.92 |
| 14 | 05/01/2004 | 200.00 | 161.59 | 38.41 | 16,120.51 |
| 15 | 06/01/2004 | 200.00 | 161.21 | 38.79 | 16,081.72 |
| 16 | 07/01/2004 | 800.00 | 160.82 | 639.18 | 15,442.54 |
| 17 | 08/01/2004 | 800.00 | 154.43 | 645.57 | 14,796.97 |
| 18 | 09/01/2004 | 800.00 | 147.97 | 652.03 | 14,144.94 |

01/15/2003   Page 2

Wolfe Trawlers, Inc. [F/V Faith] to NC Venture I, LP
01808 *1

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 19 | 10/01/2004 | 800.00 | 141.45 | 658.55 | 13,486.39 |
| 20 | 11/01/2004 | 800.00 | 134.86 | 665.14 | 12,821.25 |
| 21 | 12/01/2004 | 800.00 | 128.21 | 671.79 | 12,149.46 |
| 2004 Totals | | 6,000.00 | 1,840.67 | 4,159.33 | |
| 22 | 01/01/2005 | 200.00 | 121.49 | 78.51 | 12,070.95 |
| 23 | 02/01/2005 | 200.00 | 120.71 | 79.29 | 11,991.66 |
| 24 | 03/01/2005 | 200.00 | 119.92 | 80.08 | 11,911.58 |
| 25 | 04/01/2005 | 200.00 | 119.12 | 80.88 | 11,830.70 |
| 26 | 05/01/2005 | 200.00 | 118.31 | 81.69 | 11,749.01 |
| 27 | 06/01/2005 | 200.00 | 117.49 | 82.51 | 11,666.50 |
| 28 | 07/01/2005 | 800.00 | 116.67 | 683.33 | 10,983.17 |
| 29 | 08/01/2005 | 800.00 | 109.83 | 690.17 | 10,293.00 |
| 30 | 09/01/2005 | 800.00 | 102.93 | 697.07 | 9,595.93 |
| 31 | 10/01/2005 | 800.00 | 95.96 | 704.04 | 8,891.89 |
| 32 | 11/01/2005 | 800.00 | 88.92 | 711.08 | 8,180.81 |
| 33 | 12/01/2005 | 800.00 | 81.81 | 718.19 | 7,462.62 |
| 2005 Totals | | 6,000.00 | 1,313.16 | 4,686.84 | |
| 34 | 01/01/2006 | 200.00 | 74.63 | 125.37 | 7,337.25 |
| 35 | 02/01/2006 | 200.00 | 73.37 | 126.63 | 7,210.62 |
| 36 | 03/01/2006 | 200.00 | 72.11 | 127.89 | 7,082.73 |
| 37 | 04/01/2006 | 200.00 | 70.83 | 129.17 | 6,953.56 |
| 38 | 05/01/2006 | 200.00 | 69.54 | 130.46 | 6,823.10 |
| 39 | 06/01/2006 | 200.00 | 68.23 | 131.77 | 6,691.33 |
| 40 | 07/01/2006 | 800.00 | 66.91 | 733.09 | 5,958.24 |
| 41 | 08/01/2006 | 800.00 | 59.58 | 740.42 | 5,217.82 |
| 42 | 09/01/2006 | 800.00 | 52.18 | 747.82 | 4,470.00 |
| 43 | 10/01/2006 | 800.00 | 44.70 | 755.30 | 3,714.70 |
| 44 | 11/01/2006 | 800.00 | 37.15 | 762.85 | 2,951.85 |
| 45 | 12/01/2006 | 800.00 | 29.52 | 770.48 | 2,181.37 |
| 2006 Totals | | 6,000.00 | 718.75 | 5,281.25 | |
| 46 | 01/01/2007 | 200.00 | 21.81 | 178.19 | 2,003.18 |
| 47 | 02/01/2007 | 200.00 | 20.03 | 179.97 | 1,823.21 |
| 48 | 03/01/2007 | 200.00 | 18.23 | 181.77 | 1,641.44 |
| 49 | 04/01/2007 | 200.00 | 16.41 | 183.59 | 1,457.85 |
| 50 | 05/01/2007 | 200.00 | 14.58 | 185.42 | 1,272.43 |
| 51 | 06/01/2007 | 200.00 | 12.72 | 187.28 | 1,085.15 |
| 52 | 07/01/2007 | 800.00 | 10.85 | 789.15 | 296.00 |
| 53 | 08/01/2007 | 298.96 | 2.96 | 296.00 | 0.00 |
| 2007 Totals | | 2,298.96 | 117.59 | 2,181.37 | |
| Grand Totals | | 25,698.96 | 5,698.96 | 20,000.00 | |

United States District Court
Southern District of Texas
ENTERED

JAN 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NC VENTURE I, L.P. | § | |
|     Plaintiff | § | |
| | § | |
| WOLFE TRAWLERS, INC., HENRY | § | CIVIL ACTION NO. B-02-190 |
| WOLFE, JR., and the F/V FAITH, her | § | |
| engines, nets, tackle, apparel, and furniture, | § | |
| etc., *in rem*, Defendants | § | IN ADMIRALTY |

## AGREED JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, NC VENTURE I, L.P., and Defendant, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, and file their Agreed Judgment and request the Court accept their compromised settlement as follows:

Plaintiff, NC VENTURE I, L.P., filed this suit seeking recovery of the sum of $41,587.32 plus accrued interest in the amount of $11,220.57 through the date of filing of this complaint from Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, it is upon the subjoined consents,

ORDERED AND ADJUDGED that Plaintiff, NC VENTURE I, L.P., recover of and from Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, the sum of $41,587.32 plus accrued interest in the amount of $11,220.57.

---

L:\D20\20055\Agreed Judgment.wpd

Page 1 of 3

*H. W. JR.*

ORDERED AND ADJUDGED that Plaintiff, NC VENTURE I, L.P., recover of and from Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, attorney's fees in the amount of $5,685.41.

ORDERED AND ADJUDGED that Plaintiff, NC VENTURE I, L.P., recover of and from Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, costs of court.

ORDERED AND ADJUDGED that Plaintiff, NC VENTURE I, L.P., recover of and from Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, post judgment interest at the rate provided for federal judgment based on the average prices for 52-week Treasury bills. The post-judgment interest rate for judgments entered from January _20_, 2003 through January _26_, 2003 is _1.38_ %.

ORDERED AND ADJUDGED that Plaintiff, NC VENTURE I, L.P., shall not execute on this Judgment against Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, provided Defendants pay and continue to pay the scheduled payments enumerated in Exhibit "A" made a part hereof as if fully copied herein.

ORDERED AND ADJUDGED that Plaintiff, NC VENTURE I., L.P., shall execute a Satisfaction of Judgment in favor of Defendants, WOLFE TRAWLERS, INC., HENRY WOLFE, JR. and the F/V FAITH, her engines, nets, tackle, apparel, and furniture, etc., in rem, upon the payment of $20,000.00 plus interest at the rate of 12% as indicated in the amortization scheduled attached hereto as Exhibit "A." If Defendants default on any scheduled payment and such payment

*H.W. JR.*

remains unpaid for fourteen days after receipt of written notice of such default, then Plaintiff may execute to recover the full amount of this Agreed Judgment, less any payments made by Defendants. All payments and written notices shall be sent to the parties as follows:

|  |  |
|---|---|
| To Plaintiff: | NC VENTURE I, L.P.<br>P. O. Box 1068<br>Stafford, TX 77497-1068 |
| With a copy to: | T. Mark Blakemore<br>RENTFRO, FAULK & BLAKEMORE, LLP<br>185 E. Ruben Torres, Sr. Boulevard<br>Brownsville, TX 78520-9136 |
| To Defendants: | Henry Wolfe, Jr.<br>1700 Palmera Dr.<br>Brownsville, TX 78521 |
| With a copy to: | Dennis Sanchez<br>SANCHEZ, WHITTINGTON, JANIS<br>    & ZABARTE, LLP<br>100 North Expressway 83<br>Brownsville, TX 78521-2257 |

ENTERED at Brownsville, Texas, on this 23rd day of January, 2003.

_____
United States District Judge

H.W.JR.

AGREED TO:

RENTFRO, FAULK & BLAKEMORE, LLP
185 E. Ruben Torres, Sr. Boulevard
Brownsville, TX 78520-9136
(956) 541-9600 - Telephone
(956) 541-9695 - Telecopier

By: _____
T. Mark Blakemore
Federal ID No. 1915
State Bar No. 02431800

Attorneys for Plaintiff, NC VENTURE I, L.P.

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, LLP
100 North Expressway 83
Brownsville, TX 78521-2257

By: _____
Dennis Sanchez
Federal ID No. 1594
State Bar No. 17569600

Attorneys for Defendants, WOLFE
TRAWLERS, INC., HENRY WOLFE, JR.
and the F/V FAITH

01/15/2003   Page 1

Wolfe Trawlers, Inc. [F/V Faith] to NC Venture I, LP
01808 *1

| Compound Period | : | Monthly |
|---|---|---|

| Nominal Annual Rate | : | 12.000 | % |
|---|---|---|---|
| Effective Annual Rate | : | 12.683 | % |
| Periodic Rate | : | 1.0000 | % |
| Daily Rate | : | 0.03288 | % |

CASH FLOW DATA

| | Event | Start Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 03/01/2003 | 20,000.00 | 1 | | |
| 2 | Payment | 04/01/2003 | 200.00 | 3 | Monthly | 06/01/2003 |
| 3 | Payment | 07/01/2003 | 800.00 | 6 | Monthly | 12/01/2003 |
| 4 | Payment | 01/01/2004 | 200.00 | 6 | Monthly | 06/01/2004 |
| 5 | Payment | 07/01/2004 | 800.00 | 6 | Monthly | 12/01/2004 |
| 6 | Payment | 01/01/2005 | 200.00 | 6 | Monthly | 06/01/2005 |
| 7 | Payment | 07/01/2005 | 800.00 | 6 | Monthly | 12/01/2005 |
| 8 | Payment | 01/01/2006 | 200.00 | 6 | Monthly | 06/01/2006 |
| 9 | Payment | 07/01/2006 | 800.00 | 6 | Monthly | 12/01/2006 |
| 10 | Payment | 01/01/2007 | 200.00 | 6 | Monthly | 06/01/2007 |
| 11 | Payment | 07/01/2007 | 800.00 | 1 | | |
| 12 | Payment | 08/01/2007 | 298.96 | 1 | | |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 03/01/2003 | | | | 20,000.00 |
| 1 | 04/01/2003 | 200.00 | 200.00 | 0.00 | 20,000.00 |
| 2 | 05/01/2003 | 200.00 | 200.00 | 0.00 | 20,000.00 |
| 3 | 06/01/2003 | 200.00 | 200.00 | 0.00 | 20,000.00 |
| 4 | 07/01/2003 | 800.00 | 200.00 | 600.00 | 19,400.00 |
| 5 | 08/01/2003 | 800.00 | 194.00 | 606.00 | 18,794.00 |
| 6 | 09/01/2003 | 800.00 | 187.94 | 612.06 | 18,181.94 |
| 7 | 10/01/2003 | 800.00 | 181.82 | 618.18 | 17,563.76 |
| 8 | 11/01/2003 | 800.00 | 175.64 | 624.36 | 16,939.40 |
| 9 | 12/01/2003 | 800.00 | 169.39 | 630.61 | 16,308.79 |
| 2003 | Totals | 5,400.00 | 1,708.79 | 3,691.21 | |
| 10 | 01/01/2004 | 200.00 | 163.09 | 36.91 | 16,271.88 |
| 11 | 02/01/2004 | 200.00 | 162.72 | 37.28 | 16,234.60 |
| 12 | 03/01/2004 | 200.00 | 162.35 | 37.65 | 16,196.95 |
| 13 | 04/01/2004 | 200.00 | 161.97 | 38.03 | 16,158.92 |
| 14 | 05/01/2004 | 200.00 | 161.59 | 38.41 | 16,120.51 |
| 15 | 06/01/2004 | 200.00 | 161.21 | 38.79 | 16,081.72 |
| 16 | 07/01/2004 | 800.00 | 160.82 | 639.18 | 15,442.54 |
| 17 | 08/01/2004 | 800.00 | 154.43 | 645.57 | 14,796.97 |
| 18 | 09/01/2004 | 800.00 | 147.97 | 652.03 | 14,144.94 |

01/15/2003   Page 2

Wolfe Trawlers, Inc. [F/V Faith] to NC Venture I, LP
01808 *1

|    | Date | Payment | Interest | Principal | Balance |
|----|------|---------|----------|-----------|---------|
| 19 | 10/01/2004 | 800.00 | 141.45 | 658.55 | 13,486.39 |
| 20 | 11/01/2004 | 800.00 | 134.86 | 665.14 | 12,821.25 |
| 21 | 12/01/2004 | 800.00 | 128.21 | 671.79 | 12,149.46 |
| 2004 Totals | | 6,000.00 | 1,840.67 | 4,159.33 | |
| 22 | 01/01/2005 | 200.00 | 121.49 | 78.51 | 12,070.95 |
| 23 | 02/01/2005 | 200.00 | 120.71 | 79.29 | 11,991.66 |
| 24 | 03/01/2005 | 200.00 | 119.92 | 80.08 | 11,911.58 |
| 25 | 04/01/2005 | 200.00 | 119.12 | 80.88 | 11,830.70 |
| 26 | 05/01/2005 | 200.00 | 118.31 | 81.69 | 11,749.01 |
| 27 | 06/01/2005 | 200.00 | 117.49 | 82.51 | 11,666.50 |
| 28 | 07/01/2005 | 800.00 | 116.67 | 683.33 | 10,983.17 |
| 29 | 08/01/2005 | 800.00 | 109.83 | 690.17 | 10,293.00 |
| 30 | 09/01/2005 | 800.00 | 102.93 | 697.07 | 9,595.93 |
| 31 | 10/01/2005 | 800.00 | 95.96 | 704.04 | 8,891.89 |
| 32 | 11/01/2005 | 800.00 | 88.92 | 711.08 | 8,180.81 |
| 33 | 12/01/2005 | 800.00 | 81.81 | 718.19 | 7,462.62 |
| 2005 Totals | | 6,000.00 | 1,313.16 | 4,686.84 | |
| 34 | 01/01/2006 | 200.00 | 74.63 | 125.37 | 7,337.25 |
| 35 | 02/01/2006 | 200.00 | 73.37 | 126.63 | 7,210.62 |
| 36 | 03/01/2006 | 200.00 | 72.11 | 127.89 | 7,082.73 |
| 37 | 04/01/2006 | 200.00 | 70.83 | 129.17 | 6,953.56 |
| 38 | 05/01/2006 | 200.00 | 69.54 | 130.46 | 6,823.10 |
| 39 | 06/01/2006 | 200.00 | 68.23 | 131.77 | 6,691.33 |
| 40 | 07/01/2006 | 800.00 | 66.91 | 733.09 | 5,958.24 |
| 41 | 08/01/2006 | 800.00 | 59.58 | 740.42 | 5,217.82 |
| 42 | 09/01/2006 | 800.00 | 52.18 | 747.82 | 4,470.00 |
| 43 | 10/01/2006 | 800.00 | 44.70 | 755.30 | 3,714.70 |
| 44 | 11/01/2006 | 800.00 | 37.15 | 762.85 | 2,951.85 |
| 45 | 12/01/2006 | 800.00 | 29.52 | 770.48 | 2,181.37 |
| 2006 Totals | | 6,000.00 | 718.75 | 5,281.25 | |
| 46 | 01/01/2007 | 200.00 | 21.81 | 178.19 | 2,003.18 |
| 47 | 02/01/2007 | 200.00 | 20.03 | 179.97 | 1,823.21 |
| 48 | 03/01/2007 | 200.00 | 18.23 | 181.77 | 1,641.44 |
| 49 | 04/01/2007 | 200.00 | 16.41 | 183.59 | 1,457.85 |
| 50 | 05/01/2007 | 200.00 | 14.58 | 185.42 | 1,272.43 |
| 51 | 06/01/2007 | 200.00 | 12.72 | 187.28 | 1,085.15 |
| 52 | 07/01/2007 | 800.00 | 10.85 | 789.15 | 296.00 |
| 53 | 08/01/2007 | 298.96 | 2.96 | 296.00 | 0.00 |
| 2007 Totals | | 2,298.96 | 117.59 | 2,181.37 | |
| Grand Totals | | 25,698.96 | 5,698.96 | 20,000.00 | |